UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON  **DATE:** OCTOBER 24, 2022

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN GAGLIARDI

**TITLE OF CASE:**  **DOCKET # 3:22-CR-621-01 (MAS)**
UNITED STATES OF AMERICA
    vs.
KATHERINE PETERSON - 01
    DEFENDANT NOT PRESENT

**APPEARANCES:**
Shankar Ramamurthy, AUSA for Government
Mark Berman, Esq. for Defendant

**NATURE OF PROCEEDINGS:**
Telephone Conference held.

Time Commenced: 3:51 PM
Time Adjourned: 4:06 PM
Total Time:       15 min

    s/ Jair Bodnar
    **DEPUTY CLERK**