CJA-23 (Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)
IN THE CASE OF
USA v. KATHERINE PETERSON
FOR
AT
LOCATION NUMBER

**PERSON REPRESENTED** (Show your full name)
Katherine Peterson

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

**DOCKET NUMBERS**
Magistrate Judge

District Court
22-621

Court of Appeals

**CHARGE/OFFENSE** (Describe if applicable & check box→) ☑ Felony ☐ Misdemeanor
Health Care Fraud

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☑ Yes ☐ No
IF YES, how much do you earn per month? $2,600 (net of taxes)
Will you still have a job after this arrest? ☑ Yes ☐ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ No | |
| Car/Truck/Vehicle | $ 3,792 | Car Loan balance $6,691 |
| Boat | $ No | |
| Stocks/bonds | $ 7,877 | IRA |
| Other property | $ No | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☑ Yes ☐ No
IF YES, give the total approximate amount after monthly expenses $ 100-200

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 2

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 700 | $ |
| Groceries | $ 300 | $ |
| Medical expenses | $ 100 | $ includes Rx |
| Utilities | $ 400 | $ |
| Credit cards | $ 600 | $ 16,000 |
| Car/Truck/Vehicle | $ 163 | $ 6,691 |
| Childcare | $ 0 | $ |
| Child support | $ 0 | $ |
| Insurance | $ 162 | $ |
| Loans | $ 0 | $ |
| Fines | $ 0 | $ |
| Other | $ 0 | $ |

I certify under penalty of perjury that the foregoing is true and correct.

/s/Katherine Peterson
SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

2/23/2023
Date