# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- vs –<br><br>KATHERINE PETERSON,<br><br>               Defendant. | Criminal No. 22-_____ (MAS)<br><br>**ORDER**<br>**APPOINTING COUNSEL AND**<br>**APPROVING INTERIM BILLING**<br>**AND USE OF ADDITIONAL**<br>**<u>ATTORNEY UNDER CJA</u>** |

      THIS MATTER having come before the Court upon the application of Defendant Katherine Peterson, through her attorneys Hartmann Doherty Rosa Berman & Bulbulia, LLC (Mark A. Berman, Esq., appearing), for entry of an Order appointing current counsel for Defendant under the Criminal Justice Act of 1964 ("CJA"), approving interim billing, and permitting counsel to utilize the assistance of an additional attorney at the firm to prepare for, and at, trial, and this Court (and the United States District Court for the Eastern District of Michigan prior to transfer) having previously entered several orders continuing this case because of its complex nature, and the Court finding that this is a complex case with a substantial amount of discovery and information that defense counsel will need to assimilate to prepare for trial and will reasonably require the attention of more than one attorney between now and the date of trial, and at trial, and the Court having reviewed the CJA Form 23 submitted by Defendant and the declaration of defense counsel, and for good cause shown;

      IT IS, on this __ day of _____, 2023:

      ORDERED, that Mark A. Berman, Esq. is appointed as counsel for Defendant Katherine Peterson as of the date of this Order; and it is further

      ORDERED, that interim CJA billing is approved; and it is further

- 2 -

ORDERED, that counsel may utilize the assistance of another attorney at his firm to assist him in the defense and trial of Defendant Green, and that the additional attorney's time shall be reimbursed at the rate of 80% of the regular CJA rate, as adjusted from time to time; and it is further

ORDERED, that Mr. Berman shall remain lead trial counsel in this case.

SO ORDERED:

_____
Hon. Michael A. Shipp, U.S.D.J.