UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                          **DATE:** JUNE 30, 2023

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:**   SHANNAN GAGLIARDI

**TITLE OF CASE:**                                    **DOCKET # 3:22-CR-621-01 (MAS)**
UNITED STATES OF AMERICA
          vs.
KATHERINE PETERSON - 01
          DEFENDANT NOT PRESENT

**APPEARANCES:**
Shankar Ramamurthy, AUSA for Government
Mark Berman, CJA for Defendant

**NATURE OF PROCEEDINGS:**
Telephone Conference held.
The parties are directed to meet and confer and provide the Court with an October 2023 trial date by 7/7/2023.
Jury trial adjourned. New date to be set.

Time Commenced: 10:58 AM
Time Adjourned:  11:10 AM
Total Time:          12  mins

                                                              s/ Jair Bodnar
                                                           **DEPUTY CLERK**