UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - vs – | Criminal No. 22-621 (MAS) |
| KATHERINE PETERSON | **ORDER FOR CONTINUANCE** |

THIS MATTER having come before the Court upon the joint application of the United States (Shankar Ramamurthy, U.S Department of Justice Trial Attorney, appearing) and Defendant Katherine Peterson (Mark A. Berman, Esq., appearing) for entry of an Order granting a continuance of proceedings in the above-captioned matter and excluding the time period between April 17, 2023, and October 16, 2023, as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7); and Defendant being aware that she has the right to a speedy trial under the Speedy Trial Act, and Defendant, through her attorney, having consented to the continuance and exclusion of time;

IT IS THE FINDING OF THIS COURT that this action should be continued, and time should be excluded under the Speedy Trial Act, for the following reasons:

1. The Defendant is charged for her role in a conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349, in relation to the submission of allegedly false claims to Medicare and Medicare drug plan sponsors in the amount of $80 million.

2.	This case was originally indicted in the Eastern District of Michigan. (Case No. 19-cr-20652, ECF No. 1).

3.	On September 9, 2022, the U.S. District Court for the Eastern District of Michigan ordered Defendant Peterson severed from the remaining defendant and transferred her matter to the District of New Jersey.

4.	This case was docketed in the District of New Jersey as Case No. 22-cr-00621 (D.N.J.) on September 20, 2022.

5.	Both the United States and Defendant seek additional time to engage in plea negotiations to resolve this matter and otherwise to prepare for trial;

6.	The parties request for additional time to adequately prepare for trial is reasonable. The scheme alleged is complex. Over 10 million documents have been produced by the government in discovery, with additional documents being produced as a result of the trial of a co-conspirator. In addition, witnesses are located across the country and time is needed to coordinate their travel to the new venue.

7.	Defendant has consented to the aforementioned continuance.

8.	The ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.

**WHEREFORE**, it is on this 5th day of July 2023;

**ORDERED** that this action be, and is hereby, continued from September 11, 2023, through and including the current trial date of October 16, 2023; and

it is further

**ORDERED** that the time between April 17, 2023, and the current trial date of October 16, 2023, shall be **EXCLUDED** in computing time under the Speedy Trial Act for all of the reasons stated above.

                                                        HON. MICHAEL A. SHIPP
                                                        United States District Judge

Form and entry consented to:

s/ *Mark Berman*
Mark A. Berman, Esq.
Counsel for Defendant

s/ *Shankar Ramamurthy*
Shankar Ramamurthy
U.S. Dept. of Justice Trial Attorney