UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                              **DATE:** AUGUST 31, 2023

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN GAGLIARDI

**TITLE OF CASE:**                                               **DOCKET # 3:22-CR-621-01 (MAS)**
UNITED STATES OF AMERICA
        vs.
KATHERINE PETERSON - 01
        DEFENDANT NOT PRESENT

**APPEARANCES:**
Shankar Ramamurthy, AUSA for the Government
Mark Berman, CJA for Defendant

**NATURE OF PROCEEDINGS:**
Telephone Conference held.
ORDERED Defendant's Motion for Adjournment of Trial Date (ECF No. 10) is GRANTED.
Telephone Status Conference to be scheduled for the week of October 2, 2023.
The deadlines set forth in the Amended Scheduling Order (ECF No. 8) are adjourned pending the outcome of the October 2023 Status Conference.
New trial date to be set.

Time Commenced: 1:30 PM
Time Adjourned: 1:39 PM
Total Time:         9 mins

s/ Jair Bodnar
**DEPUTY CLERK**