UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON  **DATE:** OCTOBER 5, 2023

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** RHEA VILLANTI

**TITLE OF CASE:**  **DOCKET # 3:22-CR-621-01 (MAS)**
UNITED STATES OF AMERICA
    vs.
KATHERINE PETERSON - 01
    DEFENDANT NOT PRESENT

**APPEARANCES:**
Shankar Ramamurthy, AUSA for the Government
Mark Berman, CJA for Defendant

**NATURE OF PROCEEDINGS:**
Telephone Conference held.
The parties are directed to meet and confer regarding a new trial date.
The parties shall provide the Court with the new proposed trial date.

Time Commenced: 12:59 PM
Time Adjourned: 1:09 PM
Total Time: 10 mins

s/ Jair Bodnar
**DEPUTY CLERK**