UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE:**  TRENTON                                         **DATE:**  MAY 7, 2024

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:**   SHANNAN GAGLIARDI

**TITLE OF CASE:**                                           **DOCKET # 3:22-CR-621-01(MAS)**
UNITED STATES OF AMERICA
    vs.
KATHERINE PETERSON
      DEFENDANT NOT PRESENT

**APPEARANCES:**
Shankar Ramamurthy, AUSA for the Government
Mark Berman, CJA for Defendant

**NATURE OF PROCEEDINGS**:
Telephone status conference held.

Time Commenced:  1:45 PM
Time Adjourned:  1:55 PM
Total Time:            10 min

                                                                                                             s/ Jair Bodnar
                                                                                                           **DEPUTY CLERK**