**Average Chain Dispenses 50 Grams per claim Lidocaine**

28 Grams + 28 Grams = 56 Grams




**Bright Sky Pharmacy /AAMP Dispenses 246 Grams per claim Lidocaine (over ½ pound)**

212 Grams + 49 Grams = 261 Grams





GX162-0001

**GOVERNMENT EXHIBIT
162
22-CR-00621**