


**Average Chain Dispenses 50 Grams per claim Lidocaine**

28 Grams + 28 Grams = 56 Grams

**Bright Sky Pharmacy /AAMP Dispenses 246 Grams per claim Lidocaine (over ½ pound)**

28 Gm + 28 Gm + 28 Gm + 28 Gm + 28 Gm + 28 Gm + 28 Gm + 28 Gm + 28 Gm = 252 Grams

GX163-0001

**GOVERNMENT EXHIBIT**
**163**
**22-CR-00621**