

9501 E. Shea Boulevard, Scottsdale, AZ 85260-6719

Page 1 of 3

August 9, 2019

Michael Pemberton
Department of Health and Human Services
Office of Inspector General
Office of Investigations
Detroit Field Office
(313) 392-8015

RE:  All American Medical (Bright Sky)  (NCPDP: 2370853/ NPI: 1164692356)
     Hudgins Pharmacy                    (NCPDP: 4819629/ NPI: 1457450314)
     Heartland Medical Pharmacy          (NCPDP: 1721388/ NPI: 143618135)
     Heart of America Pharmacy           (NCPDP: 2643345/ NPI: 1578925095)
     Beta Discount Pharmacy              (NCPDP: 1163574/ NPI: 1952740276)
     Big Bend Pharmacy                   (NCPDP: 4449054/ NPI: 1528415791)
     Quaker Community Pharmacy           (Never Enrolled)
     Venice Pharmacy                     (NCPDP: 5732563/ NPI: 1467907592)
     Steeplechase Pharmacy               (NCPDP: 5904746/ NPI: 1437428190)
     Lake City Pharmacy                  (NCPDP: 2383204/ NPI: 1679010763)

Special Agent Pemberton,

In a recent request, dated June 17, 2019, sent to CVS Caremark, specific information was requested regarding the above listed pharmacy.

Attached with this letter you will find the following information:

- Copies of termination letters that were sent to the following entities: Big Bend Pharmacy (4449054), All American Medical Pharmacy dba Bright Sky (2370853), Hudgins Pharmacy (4819629), Lake City Pharmacy (2383204), Steeplechase Express Rx (5904746).
- Documentation to support termination of the following entities: Big Bend Pharmacy – check copies showing deposits into the account of an entity not disclosed in the initial provider enrollment documents. All American Medical Pharmacy dba Bright Sky – complete audit file and final audit results. Hudgins Pharmacy – letter requesting an online

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

PBM-0104



9501 E. Shea Boulevard, Scottsdale, AZ 85260-6719

- questionnaire update, along with no response termination letter. Steeplechase Express Rx – 455 Pre-credentialing form showing common ownership with another terminated pharmacy. Please note, additional supporting documentation relating to the termination of Lake City Pharmacy is not available.
- Please note, the following entities are currently active in the CVS Caremark network: Heartland Medical Pharmacy (1721388), Heart of America Pharmacy (2643345), Beta Discount Pharmacy (1163574), and Venice Pharmacy (5732563).
- Also note, there is no record of Quaker Community Pharmacy ever being enrolled in the CVS Caremark network.

The enclosed documents contain proprietary, confidential business information and have been labeled as "CONFIDENTIAL AND PROPRIETARY". Pursuant to 28 C.F.R. § 16.8(c) and 45 C.F.R. § 5.65(c) Caremark hereby designates these materials as "Highly Confidential, Commercial and Proprietary" and exempt from disclosure under Exemptions 3 and 4 of the Freedom of Information Act ("FOIA"). In producing these materials, we ask that, to the extent consistent with applicable laws, regulations, and the policies of your office, these materials:

- be treated confidentially, with enhanced sensitivity given to patient information;

- be treated with due care regarding medical information or protected health information ("PHI"), as defined under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"); and

- in the event that any private party seeks disclosure of, or access to, these business proprietary materials under FOIA or outside of the context of this investigation, Caremark will be notified in advance in accordance with 28 C.F.R. § 16.8(d) and 45 C.F.R. § 5.65(d) and given an opportunity to object to any such disclosure or grant of access.

We also request that in the event privileged documents are produced herewith or in the future, any such documents be returned in their entirety without being duplicated or read, as such production is inadvertent and is not intended to constitute waiver of applicable privileges, including but not limited to the attorney-client privilege. Caremark reserves the right to assert applicable claims of privilege or confidentiality over, and seek the return of, any inadvertently produced document enclosed with this letter. Further, Caremark's production of these documents does not waive any objection to their use or admission in any legal proceedings.

The Medicare Part D Plan Sponsor(s), which have exposure at the pharmacy noted within this request, have been notified of this direct response to your request.

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

PBM-0105



9501 E. Shea Boulevard, Scottsdale, AZ 85260-6719

Page 3 of 3

Sincerely,


Steven McCall, R.Ph., MBA
CVS Caremark
Director, Pharmacy Performance
(480) 614-7326 office
(480) 862-1305 fax

CONFIDENTIALITY NOTICE: This communication and any attachments may contain confidential and/or privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this communication and any attachments.

PBM-0106