

GX278-0001

GOVERNMENT EXHIBIT
**278**
22-CR-00621





**Instruction Sheet Lidocaine Ointment**

To open, push and turn cap counter-clockwise.

To close, push and turn cap clockwise.

A 1 gram dose is approximately 1 inch length of **lidocaine ointment** which can be measured using the below boxes.

📞 866-576-5040

Please refer to prescription label for dosing instructions from your physician. For example, a common prescription instruction might say, "2 grams up to 4 times daily."

1 gram   2 grams   3 grams

Lidocaine ointment is generally prescribed with <u>monthly refills</u>. It is important that you are using it as directed by your physician to ensure you are getting the expected benefits. Your refills are scheduled to go out on a <u>monthly basis</u> according to your physician's directions as noted on the label.

**Note:** If you find the ointment is greasy, rub into your skin for a minute and it should subside.

NDC 65162-918-38

