<u>All American Medical Marketing – New Product Incentive Program</u>

**Goal:**

This program is designed to motivate and promote success and positive outcomes from our new product lines at All American Medical.

**Participants:**

~~Selected AAM enrollment representatives~~ <u>Enrollment – Special Projects employees,</u> who continually exceed productivity and quality expectations, will be provided the opportunity to be a part of this program.

**Program Length:**

This program will <u>run until December 31, 2015</u>~~occur monthly until further notice,~~ running from the first business day of the month to the last business day of the month.

**Program Details:**

- Points will be awarded for <u>eligible</u> <u>shipments</u> of the below mentioned categories within the month<u>.</u>
  <u>Pain Patch – 1 point</u>
  <u>Creams – 1 point</u>
  <u>Vitamins – 5 points</u>
  <u>Wound Care – 5 points</u>

- <u>Eligible shipments include those initial shipments for which all compliance requirements were met, including, but not limited to, following the enrollment process correctly, obtaining proper opt-in from the patient, providing accurate and complete product information, receipt of a compliant prescription, and acceptance by the patient.</u>
- <u>Returns for which a replacement product was not provided are not considered "eligible shipments"</u>

- Participants must accrue a minimum of 10 points for the month to qualify<u>.</u>
- 1 point = $10
- <u>Quality scores within the month must average above 80%</u>
- <u>Call recordings will be monitored to ensure compliance,</u>
- Any disciplinary action ~~write-ups~~ received within the month will disqualify participant <u>from participating in the program, effective on that date of the disciplinary action.</u>
- <u>In the event that an employee is reprimanded for not following company policies and processes when participating in this program (i.e. not meeting compliance requirements), said employee will be ineligible for continued participation in the program.</u>

*Comments (right margin):*
- Steven King — Formatted: Font: Bold
- Steven King — Formatted: Indent: Left: 0.5", No bullets or numbering
- Steven King — Formatted: Font color: Text 1

GX280-0001    11/2015

**GOVERNMENT EXHIBIT 280 22-CR-00621**

~~Points, issued for shipments of the below mentioned products:~~

- ~~Pain Patch = 1 point~~
- ~~Creams = 1 point~~
- ~~Vitamins = 5 points~~
- ~~Wound Care = 5 points~~

~~The result of a shipment is based on clear explanation of the product and an accurate description during the conversation with the potential customer. The result of a shipment is contingent on approval for medical necessity by the Dr. Recordings will be pulled by a supervisor to ensure all proper protocols were followed during the interaction. Improper depiction of products will result of ineligibility for a period of time for this program. Any employee terminated at any point during the program's effectiveness will not qualify for current and past consideration.~~

**GOOD LUCK EVERYONE, LET'S HAVE A BIG MONTH!!!**