Bonus Summary

GHM

Trish - $6,000 Q1 2017, ? Q4, 2016, $6,000 Q1 2016, $3,000 Q4 2015 – was $1,500 Q3 2015

Andris – Now $10k per quarter. Was $10k per half.  We owe him $10k for 2H 2015 and $10k for Q1 2016. $20k owed as of 5/12/2016. He is on $10k/qtr for 2016.

Andrew – 5k a quarter

Brian Killingsworth - $8937.5/qtr – increased base from 67,500 to 77,500 effective 2/20

Thomas Schupp - $2,500 for Q1 2017

A1C

Brian - $8,125 per qtr  -to be paid right after quarter ends – Q1 2018 paid

Steven - $10,000 for Q1 2017, $10k per quarter effective Q3 2016 – Q1 2018 paid 4/30

******* Rami – $10,000 for Q1 2017, 2x normal = $10,000 for Q4 2016, $7,500 for Q1 2016, was $5,000 / qtr – Does not apply for Q4 due to part time status? No employeed

George - $3,125 / qtr - If the DME numbers meet expectations

********Emanuel - $2,200 / qtr for 2016 as well. If the DME numbers meet expectations – no longer given

Fawn – 1.5 normal for Q4 2016 = 9,375.  Normal = $6250 / qtr - $75,000 salary – paid Q1 2018 4/30

Samantha $3,000 / qtr effective Q2 2016. Was 1,000/qtr – paid Q1 2018 4/30

Katie – Was $1,000 for Q4 2015.  2016 - Pharmacy bonuses apply

******Catherine Tabe-Ebob - $6250/qtr – No longer employed

Doug Klein - $2,500 for Q1 2017  - paid Q1 2018 4/30

Suzanne Tagg – Consider $2500 for Q4 2017 and Q1 2018 – Q1 2018 paid – Stop paying quarterly bonuses for her as of June 1st.

Dana Webb - $600 – Big Bend Q1 2018 and move – Q1 2018 paid

Hannah Hughes - $600 – Big Bend 2018 and move - Q1 2018 paid

DaLinda - $2500 for Q1 2018 – Q1 2018 paid – Stop bonuses as of 10/29. Increased salary to $166k

Adefunke Taiwo - $2500 for Q1 – Q1 2-18 paid

**GOVERNMENT EXHIBIT 293 22-CR-00621**

Pharmacy Bonus Program

$2,500 over the course of a year split $1,250 up front, $1,250 year end for year 1 and then $2,500 annually year end thereafter.

George - Beta and Lake City

Katie – Hudgins

Samantha – Royal

Emanuel Cirrus –

$8k annual salary on Cirrus effective 10/5

$1,230.77 one- time bonus (8 weeks of back salary)

*$250/mo bonus for on target goals for Call Center CS/agent support

*$1.50/enrollment bonus (forecast is for 1,500 annual enrollments with the majority occurring during open enrollment

*To be paid monthly. Eligible for bonuses starting 10/1/2015

On target annual pay under Cirrus is 8,000+3,000+2,250=$13,250

Emanuel - As of 1/18 on target Cirrus should go from 3,000+2,250= $5250 to $10k