UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,

       Plaintiff,

  v.

Katherine Peterson,

       Defendant.

Criminal No: 22-621 (MAS)

Hon. Michael A. Shipp

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following addition of Attorney of record for the above captioned case:

*Add the following AUSA(s):*

Name: Jeffrey A. Crapko (P78487)
Telephone: 202-445-9832
Email: Jeffrey.Crapko@usdoj.gov

                      PHILIP R. SELLINGER
                      United States Attorney

                      *s/Jeffrey A. Crapko*
                      Jeffrey A. Crapko (P78487)
                      Trial Attorney
                      Criminal Division, Fraud Section
                      U.S. Department of Justice
                      211 West Fort Street, Suite 2001
                      Detroit, MI 48226

Dated: May 24, 2024