UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  **DATE:** JUNE 14, 2024

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN GAGLIARDI

**TITLE OF CASE:**  **DOCKET # 3:22-CR-621-01 (MAS)**
UNITED STATES OF AMERICA
    vs.
KATHERINE PETERSON
    DEFENDANT NOT PRESENT

**APPEARANCES:**
Shankar Ramamurthy, AUSA and
Jeffrey Crapko, AUSA for Government
Mark Berman, Esq. for Defendant

**NATURE OF PROCEEDINGS:**
Pretrial Telephone Conference held.
Hearing on Plaintiff's Motion in Limine (ECF No. 16).
Hearing on Defendant's objections to the authenticity of the Government's exhibits (ECF No. 17).
Plaintiff's first and second motion in limine are **GRANTED WITHOUT PREJUDICE**.
The Court **RESERVES** on Plaintiff's third motion in limine.
The Court **RESERVES** in part and **OVERRULES** in part Defendant's objections to authenticity.
Plaintiff shall submit a comprehensive witness list by June 21, 2024.
Trial is scheduled to commence on June 24, 2024, at 9:30 a.m.
Order to be entered.

Time  Commenced:  2:30  PM
Time  Adjourned:   3:34  PM
Total Time:       1 hour 4 min

                                       s/ James Balfour
                                       **DEPUTY CLERK**