UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KATHERINE PETERSON. | Criminal Action No. 22-621 (MAS)<br><br>**ORDER** |

This matter comes before the Court on the United States of America's (the "Government") motions *in limine* (ECF No. 16) and Defendant Katherine Peterson's ("Peterson") notice of objections to the authenticity of several Government exhibits (ECF No. 17). Peterson opposed the Government's motions *in limine* (ECF No. 18), and the Government responded to Peterson's objections (ECF No. 19). At the pretrial conference held on June 14, 2024, the Court issued a ruling on each of the Government's *in limine* motions and Peterson's objections. The Court also ruled on issues raised by the parties, which the Court memorializes here.

**IT IS**, on this 14th day of June 2024, **ORDERED** as follows:

1. The Court makes the following preliminary rulings on the Government's motions *in limine* (ECF No. 16):

    A. The Government's first motion *in limine* and second motion *in limine* are **GRANTED WITHOUT PREJUDICE.**

    B. The Court **RESERVES** on the Government's third motion *in limine*.

2. The Court makes the following preliminary rulings on Peterson's objections to the authenticity of the Government's exhibits (ECF No. 17):

    A. The Court **RESERVES** on Peterson's objection to Exhibits GX 162 and GX 163.

    B. The Court **OVERRULES** Peterson's objection to Exhibit GX 278.

    C. The Court **OVERRULES** Peterson's objection to Exhibit GX 280.

    D. The Court **RESERVES** on Peterson's objection to Exhibit GX 293.

3. The Court **RESERVES** on the parties' dispute regarding the jointly proposed jury instructions (ECF No. 21).

4. The Government shall submit a comprehensive witness list to the Court by **Friday, June 21, 2024 at 12:00 P.M**.

/s/ Michael A. Shipp

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

2