AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

RECEIVED
JUN 17 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

United States of America )
v. )
Katherine Peterson )   Case No. 22-CR-621
_____ )
         Defendant      )

**SUBPOENA IN A CRIMINAL CASE**

To: George B. Donnini
    Theodore Eppel
    201 W. Big Beaver, Suite 1200
    Troy, MI 48084
    Counsel for James Letko

**SUBPOENA FOR:**
■ PERSON   ☐ DOCUMENT(S) OR OBJECT(S)

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| Place of Appearance: | Courtroom No.: 5W |
| Clarkson S. Fisher Building & U.S. Courthouse 402 E State St, Trenton, NJ 08608 | Date and Time: 06/24/2024 9:00am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: 05/15/2024

*Melissa E. Rhoads, Clerk of Court*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* the Department of Justice, who requests this subpoena, are:

Trial Attorney Shankar Ramamurthy
U.S. Department of Justice, Criminal Division, Fraud Section
211 W. Fort Street, Suite 2001, Detroit, MI 48226
Tel.: (202) 924-5368| Email: Shankar.Ramamurthy@usdoj.gov