**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                                                                    **DATE:** JUNE 24, 2024

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN GAGLIARDI

**TITLE OF CASE:**                                                                      **DOCKET # 3:22-CR-621-01 (MAS)**
UNITED STATES OF AMERICA
       vs.
KATHERINE PETERSON
       DEFENDANT PRESENT

**APPEARANCES:**
Shankar Ramamurthy, AUSA and Jeffrey Crapko, AUSA for Government
Mark Berman, Esq. and Kelly Zampino, Esq. for Defendant

**NATURE OF PROCEEDINGS:** JURY TRIAL – Day 1

Trial with jury moved before the Honorable Michael A. Shipp as to Defendant Katherine Peterson.
Panel of 59 jurors present
Ordered jury panel sworn; jury panel sworn.
Ordered jurors drawn; jurors drawn.
The Court commenced *voir dire* of jury.
Recess taken from 12:12 p.m. to 12:36 p.m.
Number of Jurors: 12
Number of Alternates: 3
Number of Challenges: 28
Ordered jury sworn; jury sworn.
Recess taken from 1:31 p.m. to 1:52 p.m.
Preliminary Instructions given to jury by Court.
Jeffrey Crapko, AUSA opened for the Government.
Mark Berman, Esq. opened for the Defendant.
Special Agent Michael Pemberton sworn for the Government.
Various exhibits admitted and entered into evidence.
Jury excused.
Trial with jury adjourned until Wednesday, June 26, 2024 at 9:30 a.m.

Time   Commenced:        9:58   AM
Time Adjourned:            3:15   PM
Total Time:            4 hours 32 mins

                                                                                                    s/ James Balfour
                                                                                                    **DEPUTY CLERK**