**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON  **DATE:** JUNE 26, 2024

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN GAGLIARDI

**TITLE OF CASE:**  **DOCKET # 3:22-CR-621-01 (MAS)**
UNITED STATES OF AMERICA
    vs.
KATHERINE PETERSON
    DEFENDANT PRESENT

**APPEARANCES:**
Shankar Ramamurthy, AUSA and Jeffrey Crapko, AUSA for Government
Mark Berman, Esq. and Kelly Zampino, Esq. for Defendant

**NATURE OF PROCEEDINGS:** JURY TRIAL – Day 2
Trial with jury resumed before the Honorable Michael A. Shipp as to Defendant Katherine Peterson.
All 15 jurors present.
Government resumed direct examination on Special Agent Michael Pemberton.
Various exhibits admitted and entered into evidence.
Recess taken from 10:38 a.m. to 10:55 a.m.
Government resumed direct examination.
LUNCH BREAK: 12:15 p.m. – 12:47 p.m.
Government resumed direct examination.
Various exhibits admitted and entered into evidence.
Recess taken from 2:15 p.m. to 2:31 p.m.
Defendant resumed cross-examination.
Exhibit admitted and entered into evidence.
Jury excused.
Trial with jury adjourned until Thursday, June 27, 2024 at 9:30 a.m.

Time Commenced: 9:25 AM
Time Adjourned: 3:24 PM
Total Time: 4 hours 54 mins

                                                                         s/ James Balfour
                                                                       **DEPUTY CLERK**