**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                    **DATE:** JUNE 28, 2024

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** SHANNAN GAGLIARDI

**TITLE OF CASE:**                                    **DOCKET # 3:22-CR-621-01 (MAS)**
UNITED STATES OF AMERICA
    vs.
KATHERINE PETERSON
    DEFENDANT PRESENT

**APPEARANCES:**
Shankar Ramamurthy, AUSA and Jeffrey Crapko, AUSA for Government
Mark Berman, Esq. and Kelly Zampino, Esq. for Defendant

**NATURE OF PROCEEDINGS:** JURY TRIAL – Day 4
Trial with jury resumed before the Honorable Michael A. Shipp as to Defendant Katherine Peterson.
All 15 jurors present.
Defendant resumed cross-examination on James Letko.
Various exhibits admitted and entered into evidence.
Recess taken from 12:44 p.m. to 1:00 p.m.
Katherine Hardial sworn for the Government.
Recess taken from 2:52 p.m. to 3:05 p.m.
Rami Lazeki sworn for the Government.
Jury excused.
Trial with jury adjourned until Monday, July 1, 2024 at 9:30 a.m.

Time Commenced:    12:01 PM
Time Adjourned:    4:13 PM
Total Time:    3 hours 43 mins

                                                      s/ James Balfour
                                                    **DEPUTY CLERK**