UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>**MINUTES OF PROCEEDINGS**</u>

**OFFICE:**   TRENTON                                                                                        **DATE:**   JULY 1, 2024

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:**   SHANNAN GAGLIARDI

**TITLE OF CASE:**                                                                                   **DOCKET # 3:22-CR-621-01 (MAS)**
UNITED STATES OF AMERICA
        vs.
KATHERINE PETERSON
        DEFENDANT PRESENT

**APPEARANCES:**
Shankar Ramamurthy, AUSA and Jeffrey Crapko, AUSA for Government
Mark Berman, Esq. and Kelly Zampino, Esq. for Defendant

**NATURE OF PROCEEDINGS:** JURY TRIAL/CHARGING CONFERENCE – Day 5
Trial with jury resumed before the Honorable Michael A. Shipp as to Defendant Katherine Peterson.
All 15 jurors present.
Patricia Flannery sworn for the Government.
Various exhibits admitted and entered into evidence.
Recess taken from 10:55 a.m. to 11:12 a.m.
Defendant resumed cross-examination on Patricia Flannery.
Blake Stockwell sworn for the Government.
LUNCH BREAK: 12:35 p.m. to 1:10 p.m.
Government resumed direct examination on Blake Stockwell.
Both sides rest.
Jury excused.
Recess taken from 2:41 p.m. to 3:29 p.m.
Defendant moves for judgment of acquittal under Rule 29.
Court reserves on Defendant's Motion for Judgment of Acquittal.
Charging conference held.
Trial with jury adjourned until Tuesday, July 2, 2024 at 9:30 a.m.

Time   Commenced:         9:28   AM
Time Adjourned:                3:40   PM
Total Time:            4  hours 32 mins

                                                                                                              s/ James Balfour
                                                                                                              **DEPUTY CLERK**