UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE:**   TRENTON                                      **DATE:**   JULY 2, 2024

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:**   SHANNAN GAGLIARDI

**TITLE OF CASE:**                                   **DOCKET # 3:22-CR-621-01 (MAS)**
UNITED STATES OF AMERICA
    vs.
KATHERINE PETERSON
    DEFENDANT PRESENT

**APPEARANCES:**
Shankar Ramamurthy, AUSA and Jeffrey Crapko, AUSA for Government
Mark Berman, Esq. and Kelly Zampino, Esq. for Defendant

**NATURE OF PROCEEDINGS:** JURY TRIAL – Day 6

Trial with jury resumed before the Honorable Michael A. Shipp as to Defendant Katherine Peterson.
14 jurors present.
Juror #12 is excused.
Final instructions provided to jurors.
Shankar Ramamurthy, AUSA summed for the Government.
Recess taken from 10:58 a.m. to 11:10 a.m.
Mark Berman, Esq. summed for the Defendant.
Shankar Ramamurthy, AUSA summed on rebuttal for the Government.
Ordered Alternates to be selected. Alternates selected as follows: Alternate #1 – Juror #2. Alternate #2 – Juror #9.
Alternate Jurors excused to Jury Assembly.
Order CSO sworn; CSO Terence Merrigan.
Jury Deliberations will all 12 jurors commenced at 1:02 p.m.
Ordered Jury Lunch provided by Dominick's Pizzeria & Italian Restaurant (12) at the Government's expense.
Recess taken from 1:02 p.m. to 3:06 p.m.
Jury Communication #1 (un-numbered) received at 2:45 p.m.
Jury returned to Court with verdict.
All 12 jurors present and alternates #1 and #2 present.
VERDICT: NOT GUILTY.
Ordered jury polled; jury polled. All jurors agree with verdict.
Ordered jury discharged; jury and alternates discharged.
Ordered exhibits returned to counsel; exhibits returned to counsel.
Judgment of Acquittal to be filed.
Trial with jury complete.

Time Commenced:        9:27 AM
Time Adjourned:        3:11 PM
Total Time:     3 hours 28 mins

s/ James Balfour
**DEPUTY CLERK**
