UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KATHERINE PETERSON | Criminal No. 22-621 (MAS) |

JURY COMMUNICATION

COMMUNICATION NO. _____

WE Reached A Verdict

DATE: 7/2/24    TIME: 2:45 pm

FOREPERSON: