UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Crim. No. 22-621 (MAS) |
| KATHERINE PETERSON | : | |

VERDICT FORM

As to Count One of the Indictment, which charges conspiracy to Commit Health Care Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349, we the Jury unanimously find the defendant, KATHERINE PETERSON:

✓ Not Guilty      ___ Guilty

If your answer above is "Not Guilty," then do <u>not</u> answer the special interrogatory below.  The Foreperson should sign and date the Verdict Form on the next page and you may return it to the Court.

If you have found that KATHERINE PETERSON is Guilty as to Count One, answer the following additional question:

With respect to Count 1, we unanimously find that KATHERINE PETERSON conspired to commit (indicate answer by checking one or more lines below):

    \_\_\_\_ Health Care Fraud

    \_\_\_\_Wire Fraud

                                                                     Foreperson

Dated: 7/2/24

2