Michael A. Shipp, U.S.D.J.

Criminal No. 22-621-01 *USA v. Peterson*

## Exhibits Certification

Counsel for the Government and Defendant in the above named matter have reviewed the exhibits and agree that all exhibits in the Court's possession are the exhibits that have been admitted and moved into evidence and should therefore be provided to the jury for deliberations.

**Counsel for the Government:**            **Date:**

_____        7/1/2024
Shankar Ramamurthy, AUSA

_____        7/1/24
Jeffrey Crapko, AUSA

**Counsel for Defendant:**

_____        7/1/24
Mark Berman, Esq.
Kein A. Tampano, Esq.