AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

V.

KATHERINE PETERSON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:22-CR-00621-01 (MAS)

    The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

MICHAEL A. SHIPP     U.S.D.J.
Name of Judge     Title of Judge

7/2/2024
Date