**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> KATHERINE PETERSON. | Criminal Action No. 22-621 (MAS) <br><br> **ORDER** |

On July 1, 2024, at the close of the Government's case, Defendant Katherine Peterson ("Defendant") moved for judgment of acquittal under Federal Rule of Criminal Procedure[1] 29(a) on Count One. (*See* July 1, 2024 Trial Tr. 216:8-218:21, ECF No. 40.) The Government opposed. (*Id.* at 219:2-222:18.) The Court reserved on issuing a ruling on Defendant's motion pursuant to Rule 29(b) and submitted the case to the jury. (*Id.* at 222:20-23.)

On July 2, 2024, the jury returned a not guilty verdict on Count One. (ECF No. 45.) Accordingly,

**IT IS** on this __8th__ day of July 2024, **ORDERED** that:

1. Defendant's motion for a judgment of acquittal on Count One is terminated as **MOOT**.[2]

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[1] All references to "Rule" or "Rules" hereinafter refer to the Federal Rules of Criminal Procedure.

[2] *See, e.g.*, *United States v. Atl. States Cast Iron Pipe Co.*, No. 03-852, 2007 WL 2282514, at *82 (D.N.J. Aug. 2, 2007), *aff'd sub nom.*, *United States v. Maury*, 695 F.3d 227 (3d Cir. 2012) (finding that the Rule 29 motion filed at trial was rendered moot by the jury's verdict of not guilty).